This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CANVASBACK FINANCIAL**
**SERVICES, LLC,**

Plaintiff-Appellee,

v.                                                                              **NO. 30,887**

**MARIA R. ARANDA,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Ralph D. Shamas, District Judge**

Michael J. Seibel & Associates
Michael J. Seibel
Albuquerque, NM

for Appellee

Maria R. Aranda
Albuquerque, NM

Pro Se Appellant

### MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired. **REVERSED.**

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**TIMOTHY L. GARCIA, Judge**